UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)   3:09-md-02100-DRH-PMF<br><br>   MDL No. 2100 |

This Document Relates To:

*Brandi Buck v. Bayer HealthCare*     No. 3:10-cv-20301-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 15, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
**CLERK OF COURT**

BY:  /s/*Sara Jennings*
       **Deputy Clerk**

Dated:  August 19, 2013

Digitally signed by
David R. Herndon
Date: 2013.08.19
10:14:15 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT